UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PAUL EDWARD LLOYD, JR.<br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>*Defendants.* | Case No.<br><br>JURY TRIAL DEMANDED |

Plaintiff Paul Edward "Ed" Lloyd, Jr., by and through undersigned counsel, hereby alleges and avers as follows:

## PARTIES AND JURISDICTION

1. Plaintiff Ed Lloyd is a natural citizen and a citizen of the State of South Carolina. Plaintiff Lloyd is a Certified Public Accountant (CPA) and the owner and principal of Ed Lloyd & Associates, PLLC, that operates at 103A Waxhaw Professional Park Drive, Waxhaw, Union County, North Carolina 28173.

2. Defendant is the United States of America.

3. This suit arises under 26 U.S.C. § 6703 of the Internal Revenue Code ("IRC") in that it claims a refund of tax return preparer penalties erroneously charged against Plaintiff Ed Lloyd under 26 U.S.C. § 6701.

4. On December 11, 2023, the Internal Revenue Service issued Notice of Penalty Charge for years 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, and 2022. A copy of the notices are attached hereto as Exhibit "1" and are incorporated hereto by reference.

5. On January 8, 2024, Ed Lloyd timely filed Form 6188 claim for refund for years 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, and 2022. Mr. Lloyd included

1

payment of 15% percent of the entire amount assessed with respect for each return. A copy of the filed claim forms and are attached hereto as Exhibit "2" and are incorporated hereto by reference.

6. The Internal Revenue Service has not responded to Mr. Lloyd's claim, and pursuant to 26 U.S.C. § 6703 is ripe for adjudication in this court.

7. Venue is proper under 28 U.S.C. § 1391(b).

## COMMON ALLEGATIONS OF FACT

8. At all times relevant, Plaintiff Ed Lloyd worked as a Certified Public Accountant at Ed Lloyd & Associates, PLLC.

9. Plaintiff Ed Lloyd, in his role as a tax preparer, never knowingly, willingly, or with fraudulent intent, and never aided, assisted, procured or advised the preparation or presentation of any portion of a Federal tax return, affidavit, claim, or other document that would result in an understatement of tax liability of another person.

10. Plaintiff Ed Lloyd never intentionally misstated income or deductions to lower a client's tax liability.

11. Plaintiff Ed Lloyd has no criminal action history whatsoever, let alone related to tax preparation and/or fraud.

12. Plaintiff Ed Lloyd has never been found and/or adjudicated to participate in fraudulent deductions.

13. At all times relevant, Plaintiff Ed Lloyd operated captive insurance companies that when audited during the years 2013, 2014, 2015, and 2016, were held to be insurance companies.

14. At all times relevant, Plaintiff Ed Lloyd prepared supportable and reasonable tax returns in accordance with all applicable tax code and law, including but not limited to conservation easement deductions.

## COUNT ONE
## REFUND CLAIM OF 2011 PREPARER PENALTIES

15. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

16. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $11,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2011.

17. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2011.

18. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

19. Plaintiff has not violated IRC § 6701.

20. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2011 in the amount of $1,650.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

21. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT TWO
## REFUND CLAIM OF 2012 PREPARER PENALTIES

22. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

23. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $23,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2012.

24. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2012.

25. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

26. Plaintiff has not violated IRC § 6701.

27. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2012 in the amount of $3,450.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

28. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT THREE
## REFUND CLAIM OF 2013 PREPARER PENALTIES

29. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

30. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $11,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2013.

31. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2013.

32. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

33. Plaintiff has not violated IRC § 6701.

34. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2013 in the amount of $1,650.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

35. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT FOUR
## REFUND CLAIM OF 2014 PREPARER PENALTIES

36. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

37. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $18,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2014.

38. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2014.

39. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

40. Plaintiff has not violated IRC § 6701.

41. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2014 in the amount of $2,700.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

42. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT FIVE
## REFUND CLAIM OF 2015 PREPARER PENALTIES

43. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

44. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $17,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2015.

45. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2015.

46. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

47. Plaintiff has not violated IRC § 6701.

48. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2015 in the amount of $2,550.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

49. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT SIX
## REFUND CLAIM OF 2016 PREPARER PENALTIES

50. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

51. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $18,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2016.

52. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2016.

53. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

54. Plaintiff has not violated IRC § 6701.

55. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2016 in the amount of $2,700.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

56. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT SEVEN
## REFUND CLAIM OF 2017 PREPARER PENALTIES

57. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

58. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $20,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2017.

59. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2017.

60. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

61. Plaintiff has not violated IRC § 6701.

62. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2017 in the amount of $3,000.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

63. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT EIGHT
## REFUND CLAIM OF 2018 PREPARER PENALTIES

64. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

65. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $20,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2018.

66. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2018.

67. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

68. Plaintiff has not violated IRC § 6701.

69. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2018 in the amount of $3,000.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

70. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT NINE
## REFUND CLAIM OF 2019 PREPARER PENALTIES

71. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

72. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $29,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2019.

73. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2019.

74. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

75. Plaintiff has not violated IRC § 6701.

76. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2019 in the amount of $4,350.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

77. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT TEN
## REFUND CLAIM OF 2020 PREPARER PENALTIES

78. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

79. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $12,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2020.

80. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2020.

81. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

82. Plaintiff has not violated IRC § 6701.

83. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2020 in the amount of $1,800.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

84. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT ELEVEN
## REFUND CLAIM OF 2021 PREPARER PENALTIES

85. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

86. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $11,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2021.

87. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2021.

88. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

89. Plaintiff has not violated IRC § 6701.

90. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2021 in the amount of $1,650.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

91. Plaintiff has satisfied all conditions precedent to the filing of this suit.

## COUNT TWELVE
## REFUND CLAIM OF 2022 PREPARER PENALTIES

92. Plaintiff realleges and reasserts the allegations in the preceding paragraphs as if fully set forth here.

93. On or about December 11, 2023, the Internal Revenue Service charged Plaintiff with a penalty under IRC § 6701 in the total amount of $1,000.00 for allegedly aiding and abetting the understatement of a tax liability for the tax year ending December 31, 2022.

94. On or about January 8, 2024, Plaintiff filed a Claim for Refund of Tax Return Preparer and Promoter Penalties (Form 6118) with the Internal Revenue Service, seeking a refund of the amount paid by Plaintiff with respect to the preparer penalty charged against him for 2022.

95. The Internal Revenue Service has failed to prove with clear and convincing evidence a violation of IRC § 6701 by Plaintiff Ed Lloyd willfully or fraudulently prepared improper returns.

96. Plaintiff has not violated IRC § 6701.

97. Plaintiff is entitled to a refund of return preparer penalties with respect to year 2022 in the amount of $150.00 as previously paid inasmuch as Plaintiff was not liable for such penalties.

98. Plaintiff has satisfied all conditions precedent to the filing of this suit.

WHEREFORE, Plaintiff requests that this Honorable Court enter:

a. A judgment against Defendant in the amount of $28,650.00 for return preparer penalties erroneously charged and collected from Plaintiff Ed Lloyd relating to the years 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, and 2022;

b. Attorneys' fees, costs, and interest as provided by law; and

c. Any and other such relief that this Court may deem just and proper.

Respectfully submitted this the 2nd day of August, 2024.

*/s/ Amanda C. Dure*
Amanda C. Dure
PANGIA LAW GROUP
N.C. Bar No. 48710
1717 N Street NW, Suite 400
Washington, DC 20036
P: (202) 955-6153
adure@pangialaw.com